166 So.2d 888

**SCHWEGMANN BROTHERS GIANT SUPER MARKET**

v.

**LOUISIANA BOARD OF ALCOHOLIC BEVERAGE CONTROL.**

No. 47476.

Sept. 2, 1964.

In re: Schwegmann Brothers Giant Super Market applying for writs of certiorari, prohibition and mandamus.

The application is denied. The Court of Appeal having remanded the case to the District Court for further proceedings, the matter is not final, and the showing made does not warrant the exercise of our supervisory jurisdiction. Orderly process requires an adjudication of the issues by the courts below in this case.